UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Henri Stern Watch Agency, Inc., <br><br>                      Plaintiff, <br><br> -against- <br><br> AFC Watches, LLC and Pietro Valsecchi, <br><br>                      Defendants. | 26-CV-5031 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of plaintiff's interpleader complaint. The Court GRANTS the first two forms of relief requested: (1) plaintiff may retain the Patek Phillipe Reference 5711/1A Timepiece (Movement Number 5725864, Case Number 4883445) in its secure vault in New York pending the Court's ultimate determination, and (2) defendants are restrained pursuant to 28 U.S.C. § 2361 from "instituting or prosecuting any proceeding in any State or United States court affecting the property … involved in the interpleader action until further order of the court." 28 U.S.C. § 2361.

Plaintiff should promptly serve defendants. Once defendants appear, the parties should jointly file a letter proposing a briefing schedule and other deadlines within 5 days of the date that all parties have entered an appearance. Plaintiff should give the Court an update in 30 days concerning the status of service and the proposed next steps in this case.

        SO ORDERED.

Dated: June 16, 2026
       New York, New York

                                         ARUN SUBRAMANIAN
                                    United States District Judge