

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973-533-0777  Fax: 973.814.4045
Web: www.genovaburns.com
Affiliated with Genova Burns LLP

Michael Freeman, Esq.
Partner
Member of NY Bar
MFreeman@GenovaBurns.com
Direct Dial:  973.230.2096

GRANTED. The Court's order at Dkt. 6 applies to the timepiece with the serial numbers provided here, and in the amended complaint. The Court thanks counsel for flagging their inadvertent mistake in a timely manner.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 22, 2026

**VIA ECF**
Honorable Arun Subramanian, U.S.D.J.
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

June 18, 2026

Re:    **The Henri Stern Watch Agency, Inc. v. AFC Watches, LLC et al.
Docket No.: 1:26-cv-05031-AS**

Dear Judge Subramanian :

This firm represents Plaintiff, The Henri Stern Watch Agency, Inc., in the above-captioned matter.  On June 15, 2026, Plaintiff filed an Interpleader Complaint ("Complaint") relating to a Patek Philippe timepiece and on June 17, 2026, this Court entered an Order based on that Complaint.  Upon further review, we discovered that our Complaint contained an error in its identification of the timepiece in the "Wherefore" clause.

Specifically, the body of the Complaint correctly identifies the timepiece at issue as Patek Philippe Reference 5164A-001 (Movement Number 5717915; Case Number 4621418).  This identification is confirmed in the timepiece's Certificate of Origin, attached as Exhibit A to the Complaint.  However, the prayer for relief inadvertently identified a different timepiece – namely, a Patek Philippe Reference 5711/1A (Movement Number 5725864; Case Number 4883445).

As a result, earlier today, we have filed an Amended Complaint to correct this error and to make clear that the prayer for relief accurately reflects the correct timepiece: the Patek Philippe Reference 5164A-001 (Movement Number 5717915; Case Number 4621418).  We apologize for our error.  We therefore respectfully request that the Court amend its June 17, 2026 Order to identify the correct timepiece and not the timepiece currently identified in the Court's Order.



Honorable Arun Subramanian, U.S.D.J.
June 18, 2026
Page 2

If the Court requires a more formal application, we will promptly file same.

Respectfully submitted,

**GENOVA BURNS, LLP**


*/s/ Michael H. Freeman*
Michael H. Freeman, Esq.

#20059513v1 (26050.003)

Newark, NJ • New York, NY • Media, PA • Jersey City, NJ • Basking Ridge, NJ