

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973-533-0777  Fax: 973.814.4045
Web: www.genovaburns.com
Affiliated with Genova Burns LLP

Michael Freeman, Esq.
Partner
Member of NY Bar
MFreeman@GenovaBurns.com
Direct Dial:  973.230.2096

July 17, 2026

**VIA ECF**
Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   **Re: The Henri Stern Watch Agency, Inc. v. AFC Watches, LLC et al.
     Docket No.: 1:26-cv-05031-AS**

Dear Judge Subramanian :

   This firm represents Plaintiff, The Henri Stern Watch Agency, Inc., in the above-captioned matter.  On June 17, 2026, this Court entered an Order (ECF #6) directing Plaintiff to provide an update to the Court within 30 days.

   Please be advised that Plaintiff served both Defendants (via counsel) with a Summons and Complaint and have filed Waivers of Service with respect to both parties.  The most recent Waiver of Service was filed yesterday, and responses to the Complaint are due from Defendants by August 31, 2026.  Counsel for Defendant, Pietro Valsecchi, filed a Notice of Appearance on July 16, 2026. Counsel for Defendant, AFC Watches, LLC, has not yet filed an appearance.

   After all Defendants have appeared, the parties can submit a proposed Scheduling Order.

       Respectfully submitted,

       */s/  Michael H. Freeman*

       Michael H. Freeman

cc:  All counsel (via ECF)

#20075781v1 (26050.003)

Newark, NJ  •  New York, NY  •  Media, PA  •  Jersey City, NJ  •  Basking Ridge, NJ