UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE HENRI STERN WATCH AGENCY, INC.,

Plaintiff,

-against-

AFC WATCHES, LLC, et al.,

Defendant.

26-CV-5031 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's September 1, 2026 Order, *see* Dkt. 23, the parties were required to propose a schedule for expert discovery and/or dispositive motions by November 6. To date, the parties have not done so. The parties are ORDERED to file that proposed schedule by November 11.

SO ORDERED.

Dated: November 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge