UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE HENRI STERN WATCH AGENCY, INC.,

Plaintiff,

-against-

AFC WATCHES, LLC, and PIETRO VALSECCHI,

Defendants.

26-CV-5031 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of both parties' letters previewing the summary judgment motions they intend to file. *See* Dkts. 31, 33. The parties may proceed to file cross-motions for summary judgment in accordance with the schedule the Court has previously adopted. *See* Dkts. 27, 30.

SO ORDERED.

Dated: November 25, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge